NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEWS INDIA USA, LLC, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | ORDER |
| v. | Civil Action No. 2:12-cv-06997 (DMC)(JBC) |
| VIBRANT MEDIA GROUP, LLC, | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon the Motion of Plaintiff News India USA, LLC for Default Judgment and Permanent Injunction against Defendant Vibrant Media Group, LLC and upon the Cross-Motion of Defendant to Vacate the Default pursuant to FED. R. CIV. P. 55(c) and to Dismiss pursuant to FED. R. CIV. P. 12(b)(2). Pursuant to FED. R. CIV. P 78, no oral argument was heard. Upon careful consideration of the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this _17_ day of September, 2013

ORDERED that Plaintiff's Motion for Default Judgment and Permanent Injunction is **denied**, Defendant's Cross-Motion to Vacate the Default is **granted** and Defendant's Cross-Motion to Dismiss is **denied**.

                                                              Dennis M. Cavanaugh, U.S.D.J.

Original:  Clerk's Office
cc:        Hon. Mark Falk, U.S.M.J.
           All Counsel of Record
           File